FILED BY _____ D.C.

05 OCT 28 PM 5: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D／ＣＳ ＿＿＿ MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Carl M. Smith, by and through his next<br>friend (Mother), Lancetta Smith;<br>Carl M. Smith; and Lancetta Smith;<br><br>Plaintiffs,<br><br>vs.<br><br>Memphis City Schools; Dr. Carol Johnson,<br>individually and as superintendent<br>for MCS; Tommy Killough, individually<br>and as principal of Kirby High School;<br>Mannie Lowery, individually and as<br>an employee of MCS;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 05-2440 B$P\!\!\!/$<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 16(b) SCHEDULING STIPULATION / ORDER

I. Pursuant to F.R.C.P. 26(f), a telephone meeting was held in this case in October, 2005, and the participants were:

    For Plaintiff: William T. Winchester

    For Defendants MCS, Johnson, and Killough: Ernest Kelly

    For Defendant Lowery: Cheryl R. Estes

II. The parties will exchange the information required by F.R.C.P. 26(a)(1) no later than November 18, 2005.

III. The parties jointly propose the following discovery plan:

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-31-05



JOINING PARTIES: December 16, 2005

INITIAL MOTIONS TO DISMISS: December 9, 2005

AMENDING PLEADINGS: January 13, 2006

COMPLETING ALL DISCOVERY: August 31, 2006

    (a) EXPERT DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: June 2, 2006

        (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: July 7, 2006

    (b) RULE 26(e) SUPPLEMENTATION DUE: July 21, 2006

    ~~(c) WITNESSES AND EXHIBITS UNDER RULE 26(a)(3):~~

        ~~(1) PLAINTIFF'S FINAL LISTS OF WITNESSES AND EXHIBITS UNDER RULE 26(a)(3) DUE: September 29, 2006~~

        ~~(2) DEFENDANT'S FINAL LISTS OF WITNESSES AND EXHIBITS UNDER RULE 26(a)(3) DUE: October 20, 2006~~

    ~~(d) PARTIES HAVE 15 DAYS AFTER SERVICE OF FINAL LISTS OF WITNESSES AND EXHIBITS TO LIST OBJECTIONS UNDER RULE 26(a)(3).~~

DISPOSITIVE MOTIONS: September 29, 2006

Settlement cannot be evaluated at this time.

IV. This ~~jury~~ non-jury TWP trial is expected to last 3 days.

    A. Trial dates have not been set.

    B. A pretrial conference has not been set.

C. Any voir dire questions and proposed jury instructions shall be submitted by the parties on the date of submittal of the pretrial order.

**V.** The parties do not consent to all matters being conducted by a magistrate judge.

**VI.** The parties consent to the supervision by the assigned magistrate judge of attorney conducted voir dire and jury selection, subject to *de novo* review by the presiding district judge.

Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the Court.

Under Rule 30 and Rule 31 of the Federal Rules of Civil Procedure, no deposition shall exceed one (1) day of seven (7) hours in length, unless authorized by the Court. Each side is limited to ten (10) depositions unless additional depositions are authorized by the Court after a showing of good cause.

Under Rule 33 of the Federal Rules of Civil Procedure, no more than twenty-five (25) written interrogatories shall be served on a party unless authorized by the Court.

Stipulated by the parties this 27th day of October, 2005.

Plaintiff counsel:

_____
WILLIAM T. WINCHESTER, BPR# 21282
The Law Offices of William T. Winchester
2600 Poplar Avenue, Suite 507
Memphis, Tennessee 38112
(901) 327-6666
Attorney for Plaintiffs

Defense counsel:

_____
CHERYL R. ESTES, BPR#
Thomason, Hendrix, Harvey, Johnson &
Mitchell
2900 One Commerce Square
40 S. Main Street
Memphis, Tennessee 38103
(901) 577-6138
Attorney for Defendant Lowery

Defense counsel:

_____
ERNEST KELLY, BPR#
Stokes, Bartholomew, Evans & Petree, P.A.
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
(901) 525-6781
Attorney for Defendants Memphis City Schools, Johnson, and Killough

Adopted by the Court this __27__ day of __October__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02440 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Cheryl R. Estes
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT